UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Ella M. Begay,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner, Social Security Administration,<br><br>    Defendant. | CIV-03-0189-PCT-PGR<br><br>**O R D E R** |

The Court, having considered the Stipulation between the parties to Award Attorney Fees Under the Equal Access to Justice Act, and good cause appearing,

IT IS HEREBY ORDERED that the Defendant Commissioner of the Social Security Administration shall pay to plaintiff's counsel $2,493.56 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this _14th_ day of _July_, 2003.

                                            PAUL G. ROSENBLATT
                                            United States District Judge

